# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>vs.<br><br>JAMES L. JENSEN and<br>ROBIN L. JENSEN,<br><br>    Defendants. | 3:09-cr-108-JWS-JDR<br><br>**ORDER<br>REGARDING MOTION<br>FOR AUTHORIZATION TO<br>DISCLOSE TAX INFORMATION**<br><br>(Docket No. 252) |

    The government's Motion for Authorization to Disclose Tax Information, Pursuant to Title 26, United States Code, Section 6103, is hereby GRANTED. The government is authorized to provide the boxed discovery documents to a local legal copy center selected by the defendants to the extent needed to process the documents for defendants. The copying center selected by the defendants is prohibited from unauthorized release of the boxes and documents to third parties, or unauthorized disclosure of the contents of the boxes to third parties.

    DATED this 3rd day of December, 2010, at Anchorage, Alaska.

                /s/ John D. Roberts
                JOHN D. ROBERTS
                United States Magistrate Judge