# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JAMES L. JENSEN, Jr and
ROBIN L. JENSEN,

        Defendants.

3-09-cr-00108-JWS-JDR

<u>AMENDED</u>

<u>ORDER  REGARDING</u>

<u>PRE-TRIAL  MOTION  DEADLINES</u>

***Trial in this case has been set for May 9, 2011.***

Accordingly, Pretrial Motion Deadlines are hereby re-set as follows:

(a) multiplicity or duplicity and defect contentions with respect to the indictment; **February 1, 2011**.

(b) motions for bills of particular;  **February 1, 2011**.

(c) discovery motions; **March 8, 2011.**

(d) motions to suppress statements; **March 15, 2011**.

(e) motions to suppress evidence of searches or arrests; **March 15, 2011**.

(f) motions to sever counts or parties; **March 15, 2011.**

(g) motions for disclosure of confidential informants; **April 1, 2011**.

(h) motions in limine; **April 1, 2011** and

(i) Rule 702 motions; and time limit for parties to locate any expert witnesses and written summaries of testimony from those expert witnesses; **April 5, 2011**.

Parties shall have ten (10) days to file any opposition/response to any motions filed. No replies to be filed unless otherwise order by the court. The Court will not alter the deadlines specified except for the most compelling of reasons.

DATED this 14th day of February, 2011, at Anchorage, Alaska.

 /s/ John D. Roberts _____
JOHN D. ROBERTS
United States Magistrate Judge