UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:09-CR-00108-JWS-JDR |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISCOVERY OF TAX |
| | ) | INFORMATION |
| vs. | ) | |
| | ) | |
| JAMES L. JENSEN, Jr. and | ) | |
| ROBIN L. JENSEN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On this 16th day of May, 2011, comes for the attention of this Court the application of the United States Attorney for the District of Alaska for an order, pursuant to Title 26, United States Code, Section 6103(h)(4), directing the United States to disclose tax return information consisting of discovery items from the federal prosecution of Lynne Meredith and any other prosecution, investigation or audit provided by the government to the defendants as part of discovery in this matter. This includes third-party tax returns, as well as tax return information, including communications between taxpayers with the IRS and IRS transcripts of account status.

After examining the application the Court finds:

(1)     The information cited above is being provided, in part, under the Court's discovery order at Docket 280.

(2)     The returns and return information are sought exclusively for use in a federal

criminal proceeding.

(3) The information sought is necessary to comply with the Government's discovery obligations.

(4) Application is authorized by the United States Attorney for the District of Alaska.

It is HEREBY ORDERED that the United States is authorized to disclose to each defendant discovery items from the federal prosecution of Lynne Meredith and any other prosecution, investigation or audit provided by the government to the defendants as part of discovery in this matter. This includes third-party tax returns, as well as tax return information, including communications between taxpayers with the IRS and IRS transcripts of account status.

It is further ORDERED that defendants and their attorneys shall use the returns and return information disclosed solely in connection with the matter described above, maintain the information in the custody of the defendants or their attorneys, not disseminate the information outside this matter, and that the defendants return the information to the government at the completion of the case.

DATED this 16th day of May, 2011, at Anchorage, Alaska.

                                         /s/ John D. Roberts
                                         JOHN D. ROBERTS
                                         United States Magistrate Judge